UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINH-TRI VO, ET AL.                                                   CIVIL ACTION

VERSUS

ENTERGY OF BATON ROUGE,                                NO. 25-00341-BAJ-EWD
ET AL.

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 4, the "Report")**, prepared *sua sponte* based on the screening required by 28 U.S.C. § 1915A and permitted by 28 U.S.C. § 1915(e). The Report recommends that the Court dismiss the case without prejudice because Plaintiffs have failed to establish a basis for the exercise of this Court's subject matter jurisdiction. (*Id.* at 7 – 8). The Report also recommends that dismissal be entered without leave to amend.[1] (*Id.*). There are no objections to the Report.

Having carefully reviewed Plaintiffs' Complaint (Doc. 1) and the Report (Doc. 4), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

---

[1] The Report's justification for this recommendation is that the claims in this action are virtually identical to those made in a lawsuit Plaintiffs filed in this Court in 2022, which was also dismissed for lack of subject matter jurisdiction. (Doc. 4 at 7–8). Given these circumstances, the Court agrees with the Magistrate Judge's recommendation.

Accordingly,

**IT IS ORDERED** that Plaintiffs' action be and is hereby **DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to establish a basis for the exercise of this Court's subject matter jurisdiction.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 12th day of August, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**